IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | | |
|---|---|---|
| BEATRICE NWAOHA | ) | |
| | ) | |
|     Plaintiff and Counter Defendant | ) | |
| | ) | |
| | ) | C.A.No. 1:04CV01799 |
| v. | ) | Magistrate Judge Deborah Robinson |
| | ) | |
| LASERIAN ARIRIELE ONYEOZIRI | ) | |
| | ) | |
|     Defendant and Counter Plaintiff | ) | |

**PLAINTIFF AND COUNTER DEFENDANT NWAOHA'S MOTION TO COMPEL DEFENDANT TO EXECUTE AUTHORIZATIONS OF (1) REQUEST FOR TRANSCRIPT OF TAX RETURN IRS FORM 4506-T AND (2) TAX INFORMATION AUTHORIZATION IRS FORM 8821**

Comes now the Plaintiff and Counter Defendant Nwaoha, by and through counsel and moves this honorable Court for an Order compelling the Defendant to execute authorizations of (1) Request for Transcript of Tax Return, IRS Form 4506-T; and (2) Tax Information Authorization, IRS Form 8821, attached as Exhibits 1 and 2 to this motion, as more fully set forth in the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

Chidinma M. Iwuji, #478118
Attorney for Plaintiff
3994 Antwerp Court
Woodbridge, VA 22192
Phone: (571) 276-2136

### PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HER MOTION TO COMPEL DEFENDANT TO EXECUTE AUTHORIZATION OF IRS FORMS FOR DISCLOSURE OF TAX INFORMATION

1.   That during the deposition of the Defendant, the Plaintiff requested for Defendant's IRS authenticated tax returns for the years in issue in this matter, and Defendant refused to provide the said documents to the Plaintiff. Defendant has provided Plaintiff, pursuant to her Discovery Requests, after being compelled by court order, copies of certain documents purporting to be copies of his Federal Tax Returns for the years 1997, 1998, 1999, and 2000, which were in fact altered on the face.  These documents are relevant to the issue of the amounts and sources of Defendant's income for the years in question.  The sources and amounts of his taxable income are, in turn, material to his position that he provided the funds for the purchase and construction of a certain dwelling house in Nigeria solely from his own resources.

2.   Although defendant's counsel has verbally agreed before the court at the discovery hearing held on 5/26/06, to furnish his authorizations, he has reneged on those assurances, and to date, has failed to provide Plaintiff with authorization by his client for the Plaintiff to obtain the requested verification of his returns from the IRS. Defendant's counsel's excuse for denying the Plaintiff his client's authorization is that the form which he requested the Plaintiff's counsel to provide to him all filled out by the undersigned counsel with only the signature space empty, is not the appropriate form. In fact, undersigned counsel called IRS and explained to them the problem and they identified and mailed the forms to undersigned counsel's address. **See exhibit 1.** Defendant's counsel claims the

form is not the right forms for the purpose, but would not provide undersigned counsel with the appropriate forms because he does not want to spend his client money searching for the form and filling it out.

Defendant's counsel insisted that the Plaintiff could obtain the documents by subpoena even though the undersigned counsel told him that due to the privacy law, it would be impossible for her to obtain his client's tax papers from IRS without his consent.  However, the IRS did not honor Plaintiff's subpoenas on grounds that privacy statutes protected the information, and that the documents could only be released on the authorization and consent of the defendant. **See exhibit 2.**  Subsequently, after Plaintiff's counsel's further requests that defendant furnish written permission to obtain release of the information, defendant's counsel refused Plaintiff's counsel's request for the required authorizations. **See exhibit 3.**

Plaintiff contends that proof of the verification of the alleged sources of defendant's income is critical to one of the central issues in the case, i.e., the credibility of Defendant's claim that the sources of the funds for the construction of the dwelling in question did not come from the personal resources of the plaintiff, as alleged in the complaint.

3.   Because of the arbitrary and unreasonable conduct of Defendant's counsel in refusing to provide discovery materials requested in good faith, Plaintiff has been put to the effort, expense, and unnecessary delay  in seeking a court Order to compel. She is entitled to attorney's fees and expenses of this motion, due to the

persistent refusal and failure of the Defendant and his counsel to comply with discovery and court orders.

4.  The Federal Rules of Civil Procedure, Local Rules of this Court, and the inherent powers of this Court, the record herein, and the attachments hereto, Exhibits 1, 2 and 3 as aforesaid.

                                        Respectfully submitted,


                                        Chidinma M. Iwuji,
                                        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2006, a copy of the foregoing document was filed via electronic case filing system of the United States District Court for the District of Columbia and accordingly, the Court will notify the Defendant through the court's e-file system.

Chidinma M. Iwuji,<br>
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | |
|---|---|
| BEATRICE NWAOHA ) | |
| ) | |
|    Plaintiff and Counter Defendant ) | |
| ) | |
|        v. ) | C.A.No. 1:04CV0179 |
| ) | JUDGE: Gladys Kessler |
| ) | |
| LASERIAN ARIRIELE ONYEOZIRI ) | |
| ) | |
|    Defendant and Counter Plaintiff ) | |

**<u>ORDER</u>**

In consideration of the Motion of Plaintiff for and Order Compelling Defendant to Execute Authorizations For Release of His Tax Return Information, and the Memorandum of Points and Authorities submitted in support thereof, and the [lack of] opposition of Defendant thereto, and the hearing held thereon, it is this

_____day of _____,

hereby:

ORDERED, ADJUDGED, AND DECREED, that Plaintiff's motion be, and is hereby granted, and that the Defendant be, and is hereby ordered to execute the authorizations as referred to herein, and to provide same to Plaintiff's counsel in the most expeditious manner, without further delay. And it is further

ORDERED, that Defendant be assessed attorney's fees and costs of this Motion in the amount of $_____.

By the Court:

_____
DEBORAH A. ROBINSON
United States Magistrate Judge