IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

BEATRICE NWAOHA                         )
                                        )
    Plaintiff and Counter Defendant     )
                                        )
        v.                         )          C.A.No. 1:04CV0179
                                        )          JUDGE: Gladys Kessler
                                        )
LASERIAN ARIRIELE ONYEOZIRI             )
                                        )
    Defendant and Counter Plaintiff     )


## ORDER

In consideration of the Motion of Plaintiff for and Order Compelling Defendant to

Execute Authorizations For Release of His Tax Return Information, and the

Memorandum of Points and Authorities submitted in support thereof, and the [lack of]

~~and the Reply~~

opposition of Defendant thereto, and ~~the hearing held thereon~~, it is this

_8th_ day of _November_, 200 6

hereby:

ORDERED, ADJUDGED, AND DECREED, that Plaintiff's motion be, and is

hereby granted, and that the Defendant be, and is hereby ordered to execute the

authorizations as referred to herein, and to provide same to Plaintiff's counsel in the most

expeditious manner, without further delay. ~~And it is further~~

~~ORDERED, that Defendant be assessed attorney's fees and costs of this Motion~~

~~in the amount of $_____~~

6

By the Court:

~~DEBORAH A. ROBINSON~~
~~United States Magistrate Judge~~
US District Judge